THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN WALKER, Appellant. [908 NYS2d 572]—

Order, Supreme Court, New York County (A. Kirke Bartley, J.), entered on or about April 10, 2007, which adjudicated defendant a level three sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly assessed 10 points for defendant's failure to accept responsibility for his sex offense. The circumstances of defendant's plea and sentencing, viewed as a whole, do not demonstrate a genuine acceptance of responsibility (*see People v Marinconz*, 178 Misc 2d 30, 34-35 [Sup Ct, Bronx County 1998]). The record also supports the court's conclusion that a discretionary upward departure would have been appropriate in any event. Concur—Mazzarelli, J.P., Sweeny, Moskowitz, Acosta and Román, JJ.